COLIN M. RUBICH
BRYAN DAKE
Assistant U.S. Attorneys
U.S. Attorney's Office
2601 Second Ave. N., Ste. 3200
Billings, MT 59101
Phone: (406) 247-4684
Fax: (406) 657-6989
E-mail: Colin.Rubich@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA


FILED
JAN 17 2019
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19-05-BLG-SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count I) Title 21 U.S.C. § 846 (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |
| GREGORY PAUL GREEN and BRITTANY NICOLE GREEN, Defendants. | |
| | POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE (Count II) Title 21 U.S.C. § 841(a)(1) and Title 18 U.S.C. § 2 (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) |
| | FORFEITURE Title 21 U.S.C. § 853(a)(1) and (2) |

1

THE GRAND JURY CHARGES:

COUNT I

That beginning in approximately June of 2017, and continuing until on or about January 3, 2019, at Billings and within Yellowstone County in the State and District of Montana and elsewhere, the defendants, GREGORY PAUL GREEN and BRITTANY NICOLE GREEN, knowingly and unlawfully conspired and agreed with each other, and other persons, known and unknown to the Grand Jury, to possess with the intent to distribute, in violation of 21 U.S.C. § 841(a)(1), 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.

COUNT II

That beginning in approximately June of 2017, and continuing until on or about January 3, 2019, at Billings and within Yellowstone County, in the State and District of Montana and elsewhere, the defendants, GREGORY PAUL GREEN and BRITTANY NICOLE GREEN, knowingly possessed, with the intent to distribute, 50 grams or more of actual methamphetamine, a Schedule II controlled substance, and aided and abetted the same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

# FORFEITURE ALLEGATION

Upon conviction of any of the offenses set forth in counts I and II of this indictment, the defendants, GREGORY PAUL GREEN and BRITTANY NICOLE GREEN, pursuant to 21 U.S.C. § 853(a)(1) and (2), shall forfeit to the United States any property constituting and derived from any proceeds obtained, directly and indirectly, as a result of any violation alleged in count I or II, and any property used or intended to be used in any manner and part to commit and facilitate the commission of any offense alleged in count I or II. Such property includes, but is not limited to, the following:

- All cryptocurrency constituting proceeds and facilitating property; and

- Any financial accounts and instruments constituting proceeds and facilitating property; and

- Approximately $10,000.00 in silver coins found in the defendants' house.

Pursuant to 21 U.S.C. § 853(p), the United States shall be entitled to the forfeiture of substitute property if any of the property that constitutes or is derived from the proceeds traceable to any offense set forth in counts I and II:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: _Both in USMS Custody_.
Bail: _____

4