EVANGELO ARVANETES
Assistant Federal Defender
Federal Defenders of Montana
2702 Montana Avenue, Suite 101
Billings, Montana 59101
Phone: (406) 259-2459
    Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY PAUL GREEN,<br><br>Defendant. | Case No. CR-19-05-BLG-SPW-1<br><br>**NOTICE OF DEFENDANT'S<br>DISCOVERY REQUEST** |

NOTICE IS HEREBY GIVEN that Defendant, Gregory Paul Green, by and through his Counsel Evangelo Arvanetes, Assistant Federal Defender, and the Federal Defenders of Montana, delivered a formal discovery request in letter format dated January 25, 2019, to the Government in the above-entitled matter.

RESPECTFULLY SUBMITTED this 25th day of January, 2019.

                                       /s/ Evangelo Arvanetes
                                       EVANGELO ARVANETES
                                       Assistant Federal Defender
                                          Counsel for Defendant

CERTIFICATE OF SERVICE
L.R. 5.2(b)

I hereby certify that on January 25, 2019, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| ____ | Hand Delivery |
| 3 | Mail |
| ____ | Overnight Delivery Service |
| ____ | Fax |
| ____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. COLIN RUBICH
   BRYAN DAKE
   Assistant United States Attorney
   United States Attorney's Office
   2601 2nd Avenue North, Suite 3200
   Billings, MT 59101
       Counsel for the United States.

3. GREGORY PAUL GREEN
       Defendant

/s/ Evangelo Arvanetes
EVANGELO ARVANETES
Assistant Federal Defender
    Counsel for Defendant