IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19-05-BLG-SPW-1 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| GREGORY PAUL GREEN, | |
| Defendant. | |

Upon the Defendant's Unopposed Amended Motion to Change Plea (Doc. 67), and for good cause appearing,

IT IS HEREBY ORDERED that the Defendant's previously filed Plea Agreement (Doc. 56) is **WITHDRAWN**. Defendant shall enter a plea of guilty to the Indictment, without a written plea agreement.

DATED this 25th day of April, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1