FILED

JUN 18 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY PAUL GREEN,<br><br>Defendant. | CR 19-05-BLG-SPW-1<br><br>ORDER |

Upon the Defendant's Unopposed Motion to Vacate Forfeiture Hearing (Doc. 79), and for good cause being shown,

**IT IS HEREBY ORDERED** that the forfeiture hearing set for Wednesday, July 31, 2019 at 2:30 p.m. is **VACATED.**

The clerk is directed to notify counsel and the United States Marshals Service of the entry of this Order.

DATED this 18th day of June, 2019.

SUSAN P. WATTERS
United States District Judge